## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY FEDIMORE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )     **Civ. No. 08-46 Erie** |
| | )     **Magistrate Judge Baxter** |
| **Dr. PETER LONGSTREET, and** | ) |
| **DEPUTY SUPERINTENDENT** | ) |
| **NANCY A. GIROUX ,** | ) |
| | ) |
| **Defendants.** | ) |

### MEMORANDUM ORDER

This matter has been referred to United States Magistrate Judge Susan Paradise Baxter in accordance with the Magistrates Act, 28 U.S.C. §§ 636 (b)(1)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

Following a hearing held on May 27, 2008, the Magistrate Judge indicated that she would recommend in writing denying Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Doc. 38). The Magistrate Judge's Report and Recommendation (Doc. 49) recommending denial of Plaintiff's motion was filed on June 4, 2008. The parties were allowed ten (10) days to file any objections. Plaintiff's Objections to Magistrate's Report and Recommendation (Doc. 50) were filed on June 11, 2008.

We have reviewed Plaintiff's objections. We see no error in the Magistrate Judge's recommendation that Plaintiff's motion be denied.

After *de novo* review of the documents in the case, together with the report and
recommendation and Plaintiff's Objections to Magistrate's Report and Recommendation
(Doc. 50), the following Order is entered:

AND NOW, to-wit, this **26**‾ day of June, 2008, it is hereby ORDERED,

ADJUDGED, and DECREED that Plaintiff's Motion for Preliminary Injunction and

Temporary Restraining Order (Doc. 38) be and hereby is DENIED. The Report and

Recommendation of Magistrate Judge Baxter dated June 4, 2008, is adopted as the Opinion of

this Court.

*Maurice B. Cohill, Jr.*

Maurice B. Cohill, Jr.
Senior United States District Judge

cc:     Anthony Fedimore
        AS-2073
        SCI Albion
        10745 Route 18
        Albion, PA 16475-0002

        counsel of record